**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Aaron Lajun Nichols Jr

                    Plaintiff,

v.                                       Case No.: 1:25–cv–14927

                                       Honorable LaShonda A. Hunt

Village of Hoffman Estates, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' motion to dismiss [27] is taken under advisement. Self–represented Plaintiff Aaron Lajun Nichols Jr.'s response is due by 5/21/26, and Defendant's reply is due by 6/11/26. The Court will set a ruling date after the motion is fully briefed. Plaintiff is reminded that, in lieu of filing a response, Plaintiff may instead file an amended complaint once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). If Plaintiff elects to amend instead of responding, Plaintiff should try to include as an exhibit a redline or other comparison document that reflects all changes made to the previous version of the complaint. The joint status report deadline previously set for 5/4/26 [26] is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.